IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )       2:23cr120-MHT
                            )            (WO)
DEPREE REESE                )
```

SUPPLEMENTAL ORDER ON
TREATMENT-RELATED CONDITIONS OF SUPERVISED RELEASE

In accordance with the conditions of supervision in the judgment of conviction entered today, it is ORDERED that:

(1) Within 63 days of the commencement of supervised release, the United States Probation Office shall arrange for defendant Depree Reese to receive mental-health treatment in accordance with the detailed recommendations of Dr. Ashlee Zito.  *See* Forensic Psychological Evaluation (Doc. 27-2) at 11-12.  Such treatment shall begin with a psychiatric consultation to determine defendant Reese's psychotropic medication needs, if any.  Treatment shall include, at least at the beginning, weekly sessions of individual psychotherapy (with a focus on improving coping skills,

maintaining sobriety, processing grief and past trauma, improving his relationship with his brother, and teaching emotional skills helpful to obtaining and maintaining employment.).  The mental-health provider shall be someone with expertise and experience in treating depression, grief, and trauma symptoms.  Once defendant Reese develops a rapport with another provider, he shall be reevaluated for post-traumatic stress disorder.  The United States Probation Office shall also arrange for defendant Reese to participate in Alcoholics Anonymous, Narcotics Anonymous, or a similar program that provides a sponsor for support.

(2) It is further ORDERED that, within 70 days of the commencement of supervised release, the United States Probation Office shall file a report on the status of the arrangements required above and on how defendant Reese is faring.

(3) The United States Probation Office shall ensure that, prior to beginning treatment, any mental-health

2

practitioner treating defendant Reese receives a copy of the psychological evaluation conducted by Dr. Ashlee Zito, *see* Forensic Psychological Evaluation (Doc. 27-2).

    DONE, this the 13th day of December, 2023.

                                          /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE